Charles D. GRAYSON *v.* STATE of Arkansas

RC 89-26                                          771 S.W.2d 289

Supreme Court of Arkansas
Opinion delivered June 26, 1989

*Michael L. Allison*, for appellant.

No response.

PER CURIAM. Appellant, Charles D. Grayson, by his attorney, has filed for a rule on the clerk. His attorney, Michael L. Allison, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.